■ In the Matter of GULF & WESTERN MANUFACTURING COMPANY et al., Appellants, v ROCKWOOD SYSTEMS CORPORATION, Respondent.—Order, Supreme Court, New York County (Burton Sherman, J.), entered on July 24, 1985, unanimously affirmed for the reasons stated by Burton Sherman, J., at Special Term. Respondent shall recover of appellants $50 costs and disbursements of this appeal. Concur—Kupferman, J. P., Asch, Fein, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY VALLEJO, Appellant.—Judgment, Supreme Court, Bronx County (Anita Florio, J.), rendered on November 21, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kuperman, J. P., Asch, Fein, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY RUDDISH, Also Known as BARRY RUDISH, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on October 4, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Rosenberger, JJ.